1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PHILLIP McINTYRE,                          No.  2:13-cv-1597-TLN-EFB PS

12              Plaintiff,

13         v.                                    ORDER

14    ALTERNATIVE LOAN TRUST 2006-
      OC10, THE BANK OF NEW YORK
15    MELLON fka THE BANK OF NEW
      YORK as TRUSTEE for the
16    ALTERNATIVE LOAN TRUST 2006-
      OC10, and DOES 1-10,
17
                Defendants.
18

19

20         On July 3, 2014, the magistrate judge issued findings and recommendations herein which

21    were served on the parties and which contained notice that any objections to the findings and

22    recommendations were to be filed within fourteen days.  No objections were filed.

23         The court has reviewed the applicable legal standards and, good cause appearing,

24    concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25         Accordingly, IT IS ORDERED that:

26         1.  The proposed Findings and Recommendations filed July 3, 2014, are ADOPTED;

27         2.  Defendant's motion to dismiss, ECF No. 14, is granted;

28    /////

3. Plaintiff's amended complaint, construed as a motion to amend, ECF No. 23, is denied; and

4. Plaintiff is granted thirty days from the date of this order to file an amended complaint as provided in the magistrate judge's July 3, 2014 findings and recommendations.  The amended complaint must bear the docket number assigned to this case and must be labeled as an "Amended Complaint."  Failure to timely file an amended complaint may result in dismissal of this action.

Dated: July 30, 2014

Troy L. Nunley
United States District Judge

2